UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN HENRY BROWN,

        Petitioner,

-vs-                                                Case No.  8:05-cv-716-T-24MSS

JAMES V. CROSBY, JR.,

        Respondent.

_____

**ORDER**

The Court denied Petitioner John Henry Brown (Brown's) 28 U.S.C. § 2254 petition for writ of habeas corpus and his motion for reconsideration. Brown has filed an application for certificate of appealability (Doc. No. 7).

To merit a certificate of appealability, Petitioner must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1]  Petitioner has failed to meet this standard.  Therefore, Petitioner has failed to satisfy the Slack test.

Accordingly, the Court orders:

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard.  See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).


That Brown's application for certificate of appealability (Doc. No. 7) is denied.

ORDERED in Tampa, Florida, on June 6, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

USCA

Counsel of record

John Henry Brown